**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ITLogic Partners, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4  7 – 1  5  6  6  1  2  0 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **3948 Legacy Drive**<br>Number   Street | <br>Number   Street |
| **Suite 106** | <br>P.O. Box |
| | |
| **Plano**         **TX**   **75023**<br>City         State   ZIP Code | <br>City         State   ZIP Code |
| **Collin**<br>County | **Location of principal assets, if different from principal place of business** |
| | <br>Number   Street |
| | <br>City         State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **ITLogic Partners, LLC** _____    Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.  *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ MM / DD / YYYY | _____ |
| District | _____ | _____ MM / DD / YYYY | _____ |
| District | _____ | _____ MM / DD / YYYY | _____ |

Debtor  **ITLogic Partners, LLC** _____  Case number (if known) _____

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____  Relationship _____ |
| | List all cases.  If more than 1, attach a separate list. | District _____  When _____<br>MM / DD / YYYY |
| | | Case number, if known _____ |
| | | Debtor _____  Relationship _____ |
| | | District _____  When _____<br>MM / DD / YYYY |
| | | Case number, if known _____ |

**11.  Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**      _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                          Number        Street

                          _____

                          _____  _____  _____
                          City                State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

          Contact name _____

          Phone _____

---

## ▮ Statistical and adminstrative information

**13.  Debtor's estimation of available funds**

_Check one:_

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **ITLogic Partners, LLC**                                                Case number (if known) _____

| 14. **Estimated number of creditors** | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☒ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## ▉ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

   ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

   ■ I have been authorized to file this petition on behalf of the debtor.

   ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on **07/07/2017**
   　　　　　　　　MM / DD / YYYY

   **X /s/ Edward Garcia**                                    **Edward Garcia**
   　　Signature of authorized representative of debtor        Printed name

   Title **Member**

18. **Signature of attorney**

   **X /s/ Joyce Lindauer**                                    Date **07/07/2017**
   　　Signature of attorney for debtor                         MM / DD / YYYY

   **Joyce Lindauer**
   Printed name

   **Joyce W. Lindauer Attorney, PLLC**
   Firm name

   **12720 Hillcrest Road, Suite 625**
   Number　　　　　Street

   **Dallas**                                    **TX**        **75230**
   City                                          State        ZIP Code

   **(972) 503-4033**                            **joyce@joycelindauer.com**
   Contact phone                                 Email address

   **21555700**                                  **TX**
   Bar number                                    State

**Fill in this information to identify the case:**

Debtor name **ITLogic Partners, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | 941 Taxes | | | | $83,707.29 |
| 2 | Spectrum VOIP 3948 Legacy Drive Plano, TX 75023 | | Business Debt | | | | $25,000.00 |
| 3 | Gerald Miller 12109 Saxony Lane Austin, TX 78727 | | Business Debt | | | | $12,000.00 |
| 4 | ZoHo Recruiting 4141 Hacienda Drive Pleasanton, CA 94588 | | Business Debt | | | | $4,500.00 |
| 5 | DGCC 1304 E. 6th, Suite 2 Austin, TX 78702 | | Business Debt | | | | $4,500.00 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **ITLogic Partners, LLC**                                        CASE NO

                                                                          CHAPTER      **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _7/7/2017_____          Signature _**/s/ Edward Garcia**_____
                                                        ***Edward Garcia***
                                                        ***Member***


Date _____          Signature _____

```
Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548


Common Desk
5830 Granite Parkway, Suite 100
Plano, TX 75024


Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711


DGCC
1304 E. 6th, Suite 2
Austin, TX 78702


Gerald Miller
12109 Saxony Lane
Austin, TX 78727


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242


Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA  19101-7346


James H. Seveney
Internal Revenue Service
4050 Alpha Rd
M/C 5105 NDAL
Farmers Branch, TX 75244-4201
```

Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


Spectrum VOIP
3948 Legacy Drive
Plano, TX 75023


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001


U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204


U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231


ZoHo Recruiting
4141 Hacienda Drive
Pleasanton, CA 94588