Joyce W. Lindauer
State Bar No. 21555700
Sarah M. Cox
California State Bar No. 245475
Jamie N. Kirk
State Bar No. 24076485
Jeffery M. Veteto
State Bar No. 24098548
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed Attorneys for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ITLOGIC PARTNERS, LLC** | § | CASE NO. 17-41462 |
| | § | Chapter 11 |
| **Debtor.** | § | |

### AFFIDAVIT OF EDWARD GARCIA

STATE OF TEXAS    )
                 )
COUNTY OF DALLAS )

BEFORE ME the undersigned authority, on this day personally appeared the undersigned affiant, who by me sworn, upon oath stated:

1. "My name is Edward Garcia and I am over eighteen (18) years of age. I am the Sole Member of ITLogic Partners, LLC. I have never been convicted of a crime and am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein and they are all true and correct to the best of my knowledge.

2. A balance sheet, cash flow statement, and statement of operations have not been prepared for ITLogic Partners, LLC.

EXECUTED this 7th day of ~~June~~ July, 2017.

_____
Edward Garcia, Sole Member
ITLogic Partners, LLC

Subscribed and sworn to before me this 7th day of ~~June~~ July, 2017.

_____
Notary Public in and for the State of Texas
Printed Name: Dian Gwinnup
My Commission Expires: 1-22-2021



DIAN GWINNUP
My Notary ID # 4210918
Expires January 22, 2021

AFFIDAVIT OF EDWARD GARCIA
Page 2